**Opinion issued January 16, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00693-CV

———————————

**AMELIA COLVIN, INDEPENDENTLY AND AS EXECUTRIX FOR THE ESTATE OF FRANCIS COVIN, Appellant**

**V.**

**MICHAEL MASCIARELLI, Appellee**

---

**On Appeal from County Court at Law Number 3 and Probate Court**
**Brazoria County, Texas**
**Trial Court Case No. PR026308-B**

---

## MEMORANDUM OPINION

Appellant, Amelia Colvin, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of

Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 5, 42.3(c).

Accordingly, we dismiss the appeal for nonpayment of all required fees. We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Brown.